UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

CCH JOHN EAGAN I HOMES, L.P.,                    Case No.: 25-24569-MAM
                                                 (Joint Administration)

CCH JOHN EAGAN II HOMES, L.P.,                   Case No.: 25-24571-MAM


        Debtor.                                  Chapter 11
_____/

## JOINT CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtors-in-Possession, CCH John Eagan I Homes, L.P. ("CCH I") and CCH John Eagan II Homes, L.P. ("CCH II") (each a "Debtor", and collectively, the "Debtors"), file this Joint Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtors' best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under Chapter 11: **December 10, 2025**

2. Names, case numbers and dates of filing of related debtors:

*In re* **CCH John Eagan II Homes, L.P., 25-24571-MAM, December 10, 2025**

3. Description of Debtor's Business:  **The Debtors own an apartment complex located at 60 Paschal Blvd., NW, Atlanta, Georgia 30314; the complex is commonly known as the Magnolia Park Apartments ("Magnolia Park" or the "Property").**

4. Locations of debtor's operations and whether the business premises are leased or owned:

**The Debtors have offices at 8895 North Military Trail, Suite 201E, Palm Beach Gardens, FL 33410.  These offices are leased by the related non-debtor entities known as the Creative Choice Group.**

5.  Reasons for filing Chapter 11:

**This bankruptcy filing was precipitated by a dispute with the Atlanta Housing Authority (the "Authority") over the terms of a settlement agreement and an alleged breach of that agreement.  Both the Debtors and the Authority allege that the settlement agreement had been breached and a state court recently appointed a receiver over the properties owned by the Debtors.**

**6.**    List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

**Yashpal Kakkar, President – Receives no salary or benefits from the Debtors.**

7.  Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this:

**CCH 1:**
**Gross Income – Year to Date:  $1,485,622.00**
**Gross Income – Prior Year:    $1,955,110.00**

**CCH 2:**
**Gross Income – Year to Date:  $1,351,814.00**
**Gross Income – Prior Year:    $1,500,859.00**

8.    Amounts owed to various creditors:

a.    Obligations owed to priority creditors including priority tax obligations:

**CCH 1:**
**IRS:  $ 0.00**
**Fulton County Tax Commissioner:  $35,371.49**

**CCH 2:**
**IRS:  $ 0.00**
**Fulton County Tax Commissioner:  $85,586.00**

b.  With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:

2

**CCH 1:**

| CREDITOR | AMT CLAIM | COLLATERAL | VALUE |
|---|---|---|---|
| Lending Group US, LLC | $5,387,964.00 | Multifamily Apartment Complex Buildings and Improvements located at: 60 Paschal Boulevard, Atlanta, GA 30314. | $27,500,000 |

**CCH 2:**

| CREDITOR | AMT CLAIM | COLLATERAL | VALUE |
|---|---|---|---|
| Bridgeview Funding, LLC | $7,566,105.00 | Multifamily Apartment Complex Buildings and Improvements located at: 60 Paschal Boulevard, Atlanta, GA 30314. | $22,500,000 |

**Atlanta Housing Authority is owed a total of approximately $9,500,000 split between CCH 1 & CCH 2.**

    c.  Amount of unsecured claims:

        **CCH 1:  $3,380,319.45**

        **CCH 2:  $3,766,370.86**

9.  General description and approximate value of the debtor's assets:

**The Debtors own an apartment complex located at 60 Paschal Blvd., NW, Atlanta, Georgia 30314; the complex is commonly known as the Magnolia Park Apartments ("Magnolia Park" or the "Property").  CCH I is the owner of Phase I of Magnolia Park, it consists of 16 two and three-story garden style apartment buildings containing 220 one, two, and three-bedroom apartments.  CCH II owns Magnolia Park Phase II, located immediately north of Phase I.  Phase II consists of 15 two and three-story garden-style and townhome buildings containing 180 one, two, and three-bedroom apartments.  The Debtors value Phase I at $27,500,000 and Phase II at $22,500,000.**

10.  List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires.

**Commercial Property Insurance, Axis Surplus Insurance Company, Policy # P-001-001649022-01, Amount of Coverage, $50,000,000.00, Expiration: 6/16/26, premium is current.**

**Commercial General Liability, Ategrity Specialty Insurance Company, Policy # 01-B-GL-P00120384-0, Amount of Coverage, $5,000,000.00, Expiration: 7/1/26, premium is current.**
**Automobile Liability (Hired, Non-owned Autos), Ategrity Specialty Insurance Company, Policy # 01-B-GL-P00120384-0, Amount of Coverage, $1,000,000.00, Expiration: 7/1/26, premium is current.**

**Umbrella Liability, Ategrity Specialty Insurance Company, Policy # 01-B-XL-P00120384-0, Amount of Coverage, $5,000,000.00, Expiration: 7/1/26, premium is current.**

11.  Number of employees and amounts of wages owed as of petition date:

**As of the petition date, the Debtors had zero employees, as a receiver had been appointed pursuant to a state court order.  Prior to the receivership, the Debtors employed a management company which, in turn, employed employees who maintained the apartment complex.**

4

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

**N/A.**

13. Anticipated relief to be requested within 14 days from the petition date:

**(1) Motion for Use of Cash Collateral; (2) Motion to Maintain Prepetition Bank Accounts; and (3) Request that the Court Deny the Atlanta Housing Authority's Motion to Excuse Turnover from the Receiver.**

Respectfully submitted,

LANDAU LAW, PLLC
*Proposed Counsel for the Debtors*
3010 N. Military Trail, Suite 318
Boca Raton FL 33431
(561) 443-0802

By: *Philip J. Landau*
Philip J. Landau, Esq.
Florida Bar No.: 0504017
plandau@landau.law