

**ORDERED in the Southern District of Florida on June 25, 2026.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

**In re:**

**CCH JOHN EAGAN I HOMES, L.P.**            **Case No. 25-24569-MAM**
                                            **(Jointly Administered)**

**CCH JOHN EAGAN II HOMES, L.P.,**           **Case No. 25-24571-MAM**

    **Debtors.**                              **Chapter 11**

_____/

**ORDER GRANTING DEBTORS' MOTION TO EXTEND EXCLUSIVITY**
**PERIOD TO SOLICIT ACCEPTANCES OF CHAPTER 11 PLAN**

**THIS MATTER** came before the Court on June 16, 2026 pursuant to *Debtors' Motion to Extend Exclusivity Period to Solicit Acceptances of Chapter 11 Plan* (the "Motion") [ECF No. 128].  The Court having heard argument of counsel, and being otherwise fully advised in the premises, hereby **ORDERS AND ADJUDGES** that:

1

1.      The Motion is **GRANTED**.

2.      The Debtors' exclusive solicitation period is extended to through and including, August 7, 2026, without prejudice to the Debtors seeking further extensions.

###

<u>Submitted By</u>:

Philip J. Landau, Esq.
Landau Law, PLLC
3010 N. Military Trail, Suite 318
Boca Raton FL 33431
Telephone:  561-443-0808

*(Attorney Landau is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*