UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

*In re:*

CASE NO. 25-24569-MAM
CHAPTER 11

CCH JOHN EAGAN I HOMES, L.P

DEBTOR

_____ /

**OBJECTION TO CONFIRMATION**

City of Atlanta Department of Watershed Management ("Creditor"), by and through its undersigned attorney, objects to the Debtor`s Chapter 11 Plan (DE 88) (the "Plan") and to Confirmation of the Plan, and in support thereof states as follows:

1. Creditor maintains a security interest in Debtor`s real properties located at 60 Paschal Blvd NW, Atlanta, GA 30314 and 8410 Carter Street NW, Atlanta, GA 30318 ("Properties")

2. Creditor has timely filed Proof of Claim # 25-2 in the amount of $965,077.61.

3. The Plan neither proposes to pay Creditor's claim amount, nor does the Plan provide for payment of the ongoing post petition amounts due for water services provided by Creditor.

4. Creditor's claim constitutes a statutory lien under Georgia Law and holds priority over all claims secured by the Properties and must be provided for if the Debtor intends to retain the Properties.

5. The Debtor`s Plan fails to provide adequate protection to Secured Creditor in violation of 11 U.S.C. §362. Thus, Secured Creditor objects to the Debtor`s Plan that cannot be confirmed.

**WHEREFORE**, Secured Creditor, City of Atlanta Department of Watershed Management, respectfully requests that this Court deny confirmation of the Debtor`s proposed Chapter 11 Plan, and require the Debtor to amend the Plan to overcome Secured Creditor's objections as stated

herein, conform to the entire amount due under Secured Creditor's Proof of Claim when filed if not filed yet, and such other relief as the Court deems just and proper.

Respectfully submitted,
HOWARD LAW GROUP

/s/ Matthew Klein
MATTHEW KLEIN
FLORIDA BAR#: 73529
902 Clint Moore Road, Suite 220
Boca Raton, FL 33487
Telephone: 954-893-7874
Fax: 888-235-0017
Email: matthew@howardlaw.com


**I HEREBY CERTIFY** that on June 26, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Philip J. Landau, Esq., 3010 N. Military Rail, Suite 318, Boca Raton, FL 33431

Office of the US Trustee c/o Martin P Ochs, Esq., 75 Ted Turner Drive, Suite 362, Atlanta, GA 30303

and a true and correct copy was mailed via U.S. First Class Mail to:
CCH John Eagan I Homes, L.P., 8895 North Military Trail, Suite 201E, Palm Beach Gardens, FL 33410

/s/ Matthew Klein
MATTHEW B KLEIN
FLORIDA BAR#: 73529