**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

| | |
|---|---|
| CCH JOHN EAGAN I PARTNERS, LLC | Case No.: 25-24569-MAM |
| CCH JOHN EAGAN II PARTNERS, LLC | Case No.: 25-24571-EPK |
| Debtors. | Chapter 11 |
| _____/ | (Jointly Administered) |

### NOTICE OF APPEARANCE *PRO HAC VICE*

**PLEASE TAKE NOTICE** that Michael H. Traison, Esq., of the law firm of Cullen and Dykman LLP, previously permitted by the Court to Appear Pro Hac Vice in the above referenced case, hereby enters an appearance on behalf of the Official Committee of Unsecured Creditors and requests that all future pleadings, documents and correspondence in this matter be served upon the following:

Michael H. Traison, Esq.
Cullen and Dykman LLP
One Battery Park Plaza, 34th Floor,
New York, NY 10004
Telephone: (312) 860-4230
Email: mtraison@cullenllp.com

Dated: July 14, 2026

Respectfully submitted,

/s/ Michael H. Traison
Michael H. Traison, Esq.
Bar ID: 4586467
Cullen and Dykman LLP
*Special Counsel to the Official*
*Committee of Unsecured Creditors*
One Battery Park Plaza, 34th Floor,
New York, NY 10004
Telephone: (312) 860-4230
mtraison@cullenllp.com