UNITED STATES BANKRUPTCY COURT

SOUTHERN   DISTRICT OF   FLORIDA

WEST PALM BEACH DIVISION

| In Re. | | § | Case No.  25-24569 |
|---|---|---|---|
| CCH JOHN EAGAN I HOMES, L.P. | | § | |
| | | § | Lead Case No.  25-24569 |
| Debtor(s) | | § | |

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 06/30/2026

Petition Date: 12/10/2025

Months Pending: 7

Industry Classification: | 5 | 3 | 1 | 1 |

Reporting Method:           Accrual Basis ○         Cash Basis ⦿

Debtor's Full-Time Employees (current):           4

Debtor's Full-Time Employees (as of date of order for relief):           0

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒     Statement of cash receipts and disbursements
☐     Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐     Statement of operations (profit or loss statement)
☐     Accounts receivable aging
☐     Postpetition liabilities aging
☐     Statement of capital assets
☐     Schedule of payments to professionals
☐     Schedule of payments to insiders
☒     All bank statements and bank reconciliations for the reporting period
☐     Description of the assets sold or transferred and the terms of the sale or transfer

Nikkolas L. Hillberg
_____
Signature of Responsible Party

07/20/2026
_____
Date

Nikkolas L. Hillberg
_____
Printed Name of Responsible Party

645 Mayport Road
Atlantic Beach, FL 32233
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. §
1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name **CCH JOHN EAGAN I HOMES, L.P.**

Case No. 25-24569

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $85,806 | |
| b. Total receipts (net of transfers between accounts) | $112,011 | $813,923 |
| c. Total disbursements (net of transfers between accounts) | $98,885 | $647,122 |
| d. Cash balance end of month (a+b-c) | $98,933 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $98,885 | $647,122 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory (Book ○ Market ○ Other ● (attach explanation)) | $0 |
| d. Total current assets | $63,500,000 |
| e. Total assets | $63,500,000 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $13,200,800 |
| l. Prepetition priority debt | $120,957 |
| m. Prepetition unsecured debt | $3,867,236 |
| n. Total liabilities (debt) (j+k+l+m) | $17,188,993 |
| o. Ending equity/net worth (e-n) | $46,311,007 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $112,011 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $112,011 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $10,713 | |
| f. Other expenses | $88,172 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $13,127 | $-104,354 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name    CCH JOHN EAGAN I HOMES, L.P.

Case No.  25-24569

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                3

Debtor's Name CCH JOHN EAGAN I HOMES, L.P.    Case No. 25-24569

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |

UST Form 11-MOR (12/01/2021)

Debtor's Name    CCH JOHN EAGAN I HOMES, L.P.

Case No.  25-24569

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

UST Form 11-MOR (12/01/2021)                    5

Debtor's Name  CCH JOHN EAGAN I HOMES, L.P.                    Case No.  25-24569

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                    6

Debtor's Name CCH JOHN EAGAN I HOMES, L.P.                    Case No. 25-24569

| | | | | | | |
|---|---|---|---|---|---|---|
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                    7

Debtor's Name  CCH JOHN EAGAN I HOMES, L.P.                    Case No.  25-24569

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ○  No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ○  No ◉

c. Were any payments made to or on behalf of insiders?  Yes ○  No ◉

d. Are you current on postpetition tax return filings?  Yes ◉  No ○

e. Are you current on postpetition estimated tax payments?  Yes ◉  No ○

f. Were all trust fund taxes remitted on a current basis?  Yes ◉  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ○  No ◉

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ○  No ○  N/A ◉

i. Do you have:    Worker's compensation insurance?  Yes ◉  No ○

If yes, are your premiums current?  Yes ◉  No ○  N/A ○  (if no, see Instructions)

Casualty/property insurance?  Yes ◉  No ○

If yes, are your premiums current?  Yes ◉  No ○  N/A ○  (if no, see Instructions)

General liability insurance?  Yes ◉  No ○

If yes, are your premiums current?  Yes ◉  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?  Yes ◉  No ○

k. Has a disclosure statement been filed with the court?  Yes ◉  No ○

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ◉  No ○

Debtor's Name    CCH JOHN EAGAN I HOMES, L.P.      Case No.   25-24569

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

Nikkolas L. Hillberg

Signature of Responsible Party

Vice President, Finance

Title

Nikkolas L. Hillberg

Printed Name of Responsible Party

07/20/2026

Date

Debtor's Name    CCH JOHN EAGAN I HOMES, L.P.

Case No.  25-24569



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name    CCH JOHN EAGAN I HOMES, L.P.

Case No.  25-24569



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                    11

Debtor's Name    CCH JOHN EAGAN I HOMES, L.P.

Case No.  25-24569



PageThree



PageFour



999-99-99-99 48082  0 C 001 30   50 004
CCH JOHN EAGAN I HOMES LP
CASE 25-24569-MAM
8895 N MILITARY TRL STE 201E
WEST PALM BEACH FL  33410-6291

# Your account statement
## For 06/30/2026

### Contact us

 Truist.com

 (844) 4TRUIST or
(844) 487-8478

---

## ▪ TRUIST SIMPLE BUSINESS CHECKING ▮▮▮▮0427

### Account summary

| | |
|---|---:|
| Your previous balance as of 05/29/2026 | $79,296.55 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 98,894.73 |
| Deposits, credits and interest | + 133,742.50 |
| **Your new balance as of 06/30/2026** | **= $114,144.32** |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 06/02 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20260602-00026444 | 8,920.00 |
| 06/04 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20260604-00029409 | 2,805.73 |
| 06/11 | RETURN DEPOSIT ITEM  99000922 | 10.00 |
| 06/12 | INTERNET PAYMENT GPC EBILL  GPC 1693564038ATL | 16,712.61 |
| 06/16 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20260616-00022504 | 3,820.21 |
| 06/17 | INTERNET PAYMENT RSIBILLPAY REPUBLICSERVICES 308000515076 | 4,406.84 |
| 06/18 | INTERNET PAYMENT WEBPAYMENT JOHNSONJOHNSONPR | 48,269.00 |
| 06/18 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20260618-00026178 | 10,393.83 |
| 06/22 | SERVICE CHARGES - PRIOR PERIOD | 25.50 |
| 06/24 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20260624-00006041 | 1,875.54 |
| 06/24 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20260624-00006127 | 1,655.47 |
| **Total other withdrawals, debits and service charges** | | **= $98,894.73** |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 06/02 | DEPOSIT | 65,395.00 |
| 06/04 | DEPOSIT | 22,381.00 |
| 06/08 | DEPOSIT | 11,328.45 |
| 06/12 | TRUIST ONLINE TRANSFER ONLINE FROM ****7819 - | 1,000.00 |
| 06/16 | TRUIST ONLINE TRANSFER ONLINE FROM ****0664 - | 21,721.05 |
| 06/18 | DEPOSIT | 10,917.00 |
| 06/26 | DEPOSIT | 1,000.00 |
| **Total deposits, credits and interest** | | **= $133,742.50** |

0102933



# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**

Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**

If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.

Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| 1. List the new balance of your account from your latest statement here: | | Date/Check # | Amount | Date/Check # | Amount |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | | |
| | | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC

0102933



**TRUIST** HH

999-99-99-99 48082 0 C 001 30 S 66 002
CCH JOHN EAGAN I HOMES LP
SECURITY DEPOSIT
8895 N MILITARY TRL STE 201E
WEST PALM BEACH FL 33410-6291

# Your account statement
## For 06/30/2026

### Contact us

 Truist.com

 (844) 4TRUIST or
(844) 487-8478

---

■ **TRUIST BUSINESS MONEY MARKET** ■■■■■■0945

#### Account summary

| | |
|---|---|
| Your previous balance as of 05/31/2026 | $6,509.83 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 3.91 |
| **Your new balance as of 06/30/2026** | **= $6,513.74** |

#### Interest summary

| | |
|---|---|
| Interest paid this statement period | $3.91 |
| 2026 interest paid year-to-date | $36.93 |
| Interest rate | 0.70% |
| Annual percentage yield (APY) earned | 0.73% |
| On 06/04/2026 the interest rate changed from 1.00% to 0.70% | |

#### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/30 | INTEREST PAYMENT | 3.91 |
| **Total deposits, credits and interest** | | **= $3.91** |

---

Effective May, 18th 2026, the current balance tier structure for Truist Business Money Market is being updated as follows:

| New Tier Minimum | New Tier Maximum |
|---|---|
| $0.00 | $4,999.99 |
| $5,000.00 | $99,999.99 |
| $100,000.00 | $499,999.99 |
| $500,000.00 | $999,999.99 |
| $1,000,000.00 | $4,999,999.99 |
| $5,000,000.00 | $99,999,999,999.99 |

0343673

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**

Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**

If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.

Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | | |
| | | **Outstanding Deposits and Other Credits (Section B)** | | | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC

0343673

| Category / Line Item | June 2026 Actual | June 2026 Budget |
|---|---|---|
| **Revenue** | | |
| Net rental income (current rent roll) | 98,705.45 | 140,000.00 |
| AHA Subsidy | 98,077.00 | 98,077.00 |
| **Total revenue** | **196,782.45** | **238,077.00** |
| | | |
| **Operating Expenses — Salaries and Benefits** | | |
| - Management Salaries | 13,032.60 | 15,000.00 |
| - Maintenance Salaries | 13,061.15 | 35,200.00 |
| - Payroll Taxes | 2,834.64 | 15,000.00 |
| - Benefits/Insurance | 949.52 | 3,800.00 |
| **Total Salaries and Benefits** | **29,877.91** | **69,000.00** |
| | | |
| **Administrative and General** | | |
| - Trustee Fees | | 3,000.00 |
| - Office Supplies | | 70.00 |
| - Training & Consulting / file review | | - |
| - Postage and Delivery | | 250.00 |
| - Phones & Internet & ADT Security | | 1,860.00 |
| - Software and Computer | 3,310.93 | 1,490.00 |
| - Marketing and promotion | | 1,200.00 |
| - Tenant Eviction expenses/fees | | 850.00 |
| - Credit Check/Background | | 100.00 |
| - Management fees - 5% of net rental income | 17,840.00 | 8,000.00 |
| -Uniforms | | 1,400.00 |
| -Bank Fee | 51.59 | 150.00 |
| General and Admin; Storage; Misc | 275.00 | 1,100.00 |
| -Legal Fees | | 7,500.00 |
| - Security Expenses | | 10,000.00 |
| **Total Administrative& General Expense** | **21,477.52** | **$36,970.00** |
| | | |
| **Repairs and Maintenance** | | |
| - Maintenance Supplies | | |
| - Windows, Screens & Glass Expense | | |
| - Landscape Contract | | |
| - Pest Control | | |
| - Electrical Contractor | | 5,000.00 |
| - Plumbing Contractor | | 5,000.00 |
| -Fire/Safety Repairs | | 5,000.00 |
| - HVAC Contractor | 4,171.41 | 4,500.00 |
| -Appliance/Service/Repair | | 4,000.00 |
| - Other repairs and maintenance | | 35,000.00 |
| **Total Repairs and Maintenance** | **4,171.41** | **58,500.00** |
| | | |
| **Turnover Repairs and Maintenance** | | |
| **Total Turnover Repairs & Maintenance** | | |
| | | |
| **Utilities** | | |
| Electricity | 5,000.00 | 5,000.00 |
| Vacant Electric | 1,000.00 | 1,000.00 |
| Water | 6,000.00 | 6,000.00 |
| Sewer | 4,712.61 | 6,000.00 |
| Trash | 4,406.84 | 7,000.00 |
| **Total Utilities** | **21,119.45** | **25,000.00** |
| | | |
| **Insurance and Taxes** | | |
| Liability, umbrella and property insur | 48,269.00 | 48,269.00 |
| **Total Insurance and Taxes** | **48,269.00** | **48,269.00** |
| | | |
| **Financing** | | |
| **Total Operating Expenses** | **124,915.29** | **237,739.00** |
| **Net Surplus / (shortfall)** | **71,867.16** | **$338.00** |

| | Mag 1 | Mag II | Total |
|---|---|---|---|
| Beginning cash | 79,296.55 | 104,552.01 | 183,848.56 |
| Deposits | 112,011.45 | 84,771.00 | 196,782.45 |
| Expenses | (98,884.73) | (26,034.47) | (124,919.20) |
| Net change | 13,126.72 | 58,736.53 | 71,863.25 |
| Ending cash | 92,423.27 | 163,288.54 | 255,711.81 |
| | | | - |
| | | | |
| Security Deposits | 6,513.74 | 41,529.38 | |
| Total Beginning Cash | 85,810.29 | 146,081.39 | |
| Changes to SD accounts | 3.91 | | |
| Total Ending Cash | 98,940.92 | 146,081.39 | |