**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| CCH JOHN EAGAN I HOMES, L.P. | : | CASE NO. 25-24569 (MAM) |
| | : | Jointly Administered |
| | : | |
| CCH JOHN EAGAN II HOMES, L.P. | : | |
| | : | CASE NO. 25-24571 (MAM) |
| DEBTOR. | : | |

**UNITED STATES TRUSTEE'S STATUS REPORT IN CONNECTION WITH THE SELECTION AND APPOINTMENT OF A CHAPTER 11 EXAMINER**

1. On September 1, 2026, the Court entered an Agreed Order Approving Stipulation Regarding Appointment of an Examiner (the "Order") (Dkt. No. 247) which directed the United States Trustee to appoint an examiner in this case.

2. During a hearing held in these cases on September 1, 2026, the Court directed the United States Trustee to appoint the examiner no later than September 10, 2026.

3. After the entry of the Order, the United States Trustee consulted with the relevant parties in interest to obtain their recommendations for the appointment of an examiner.

4. The United States Trustee contacted four potential candidates, two of whom responded to the United States Trustee's inquiry. The United States Trustee has interviewed both individuals.

5. So far, the United States Trustee has been unable to select a suitable candidate and is continuing to search for qualified candidates.

6. As a result, the United States Trustee cannot appoint a Chapter 11 examiner at this time.

Dated this 11th day of September, 2026.

GUY A. VAN BAALEN
ACTING UNITED STATES TRUSTEE
REGION 21

By:______/s/______

Martin P. Ochs*
Georgia Bar No. 091608
New York Bar No. MO-1203
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4509
martin.p.ochs@usdoj.gov

* I hereby certify that I am admitted to the Bars of the States of Georgia and New York and that I am excepted from additional qualifications to practice in this Court pursuant to Local Rule 9010-1(c) pertaining to attorneys representing the United States government.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the **UNITED STATES TRUSTEE'S STATUS REPORT IN CONNECTION WITH THE APPOINTMENT OF A CHAPTER 11 EXAMINER** was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system to the following:

- **Thomas L Abrams** tabrams@tabramslaw.com, fcolumbo@tabramslaw.com;abrams.thomasl.b132292@notify.bestcase.com
- **Patrick R Dorsey** pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com;mortman@slp.law
- **Jonathan S. Feldman** feldman@katiephang.com, service@katiephang.com
- **G Steven Fender** steven@fenderbollingpaiva.com, simone@fenderbollingpaiva.com
- **Ross R Hartog** rhartog@mrthlaw.com, ecfnotices@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com,lshortino@mrthlaw.com,msalazar@mrthlaw.com,mrthbkc@gmail.com,rhartog@ecf.courtdrive.com
- **Matthew B Klein** matthew@howardlaw.com, kayla@howardlaw.com
- **Philip J Landau** plandau@landau.law, plandau@ecf.courtdrive.com;dlocascio@landau.law;dlocascio@ecf.courtdrive.com
- **Jerry M Markowitz** jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- **Evan S Nadel** enadel@ktslaw.com, moroberts@ktslaw.com
- **Eric S Pendergraft** ependergraft@slp.law, dwoodall@slp.law;mortman@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Alan R Rosenberg** arosenberg@mrthlaw.com, gruiz@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com
- **Meredith Mishan Silver** meredith@silverrosen.com, tedwards@phillipslawyers.com;ttrippe@phillipslawyers.com
- **Konstantine George Traganas** ktraganas@cullenllp.com

Dated: September 11, 2026

GUY A. VAN BAALEN
ACTING UNITED STATES TRUSTEE
REGION 21

By: /s/
Martin P. Ochs*
Georgia Bar No. 091608
New York Bar No. MO-1203
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4509
martin.p.ochs@usdoj.gov

* I hereby certify that I am admitted to the Bars of the States of Georgia and New York and that I am excepted from additional qualifications to practice in this Court pursuant to Local Rule 9010-1(c) pertaining to attorneys representing the United States government.