**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

**In re:**

**CCH JOHN EAGAN I HOMES, L.P.** **Case No. 25-24569-MAM**
**(Jointly Administered)**

**CCH JOHN EAGAN II HOMES, L.P.,** **Case No. 25-24571-MAM**

**Debtors.** **Chapter 11**
_______________________________________/

**AGREED MOTION TO CONTINUE HEARINGS ON:**

**(A) DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, (II) APPROVING THE FORM AND MANNER OF NOTICE OF THE SALE, (III) SCHEDULING A SALE APPROVAL HEARING, AND (IV) AUTHORIZING THE SALE OF THE ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS**

**AND**

**(B) DEBTORS' MOTION TO OVERRULE ATLANTA HOUSING'S OBJECTIONS, COMPEL COMPLETE RESPONSES AND PRODUCTION TO DEBTORS' FIRST REQUESTS FOR PRODUCTION, AND FOR SANCTIONS**

CCH John Eagan I Homes, L.P. and CCH John Eagan II Homes, L.P., as debtors and debtors in possession (collectively, the "Debtors"), respectfully move this Court for entry of an order continuing the September 16, 2026 hearings on the Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors'

Assets, (II) Approving the Form and Manner of Notice of the Sale, (III) Scheduling a Sale Approval Hearing, and (IV) Authorizing the Sale of the Assets Free and Clear of Liens, Claims, Encumbrances, and Interests [ECF No. 239] (the "Sale Motion") and the Debtors' Motion to Overrule Atlanta Housing's Objections, Compel Complete Responses and Production to Debtors' First Request for Production, and for Sanctions [ECF No. 240] (the "Motion to Compel"). In support, the Debtors state as follows:

1. On August 25, 2026, the Debtors filed the Sale Motion.

2. On August 26, 2026, the Debtors filed the Motion to Compel.

3. On September 9, 2026, Atlanta Housing filed its Limited Objection to Debtors' Bid Procedure and Scheduling Motion and Reservation of Rights [ECF No. 258] (the "Atlanta Housing Objection").

4. On September 3, 2026, the Committee informally served upon the Debtors its own comments and objections to the Sale Motion and on September 11, 2026, the Committee filed the Committee's Objection to the Debtors' Motion for Entry of an Order Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets [ECF No. 239] reiterating those comments and objections (jointly, the "Committee Objection").

5. The Sale Motion and the Motion to Compel are presently scheduled for hearing on **September 16, 2026, at 10:00 a.m.**, by Zoom (the "Sale Motion Hearing").

6. The Debtors, Atlanta Housing, and the Committee continue to work in good faith to resolve their respective differences concerning the Sale Motion and the Motion to Compel, including the Atlanta Housing Objection and the Committee Objection.

7. The parties require additional time to continue those efforts.

8. The Debtors anticipate and will make best efforts to select their real estate broker by September 30, 2026. If the Debtors have not filed a motion to retain a real estate broker by September 30, 2026, the Debtors will provide to Atlanta Housing, the First Lien Lenders, the Committee and the United States Trustee (collectively, the "Consultation Parties") the identity, contact information and credentials of the selected broker or if the Debtors have not selected a broker, identity, contact information and credentials of all brokers under consideration. In addition, Debtors' counsel will be on vacation the week of September 28th and will be observing the remainder of the Jewish holidays, which conclude on October 4, 2026.

9. The Debtors shall meet and confer via video conference with the Committee and Atlanta Housing on a mutually agreeable date and time prior to September 28, 2026 to address the concerns raised by the Committee and Atlanta Housing in the Atlanta Housing Objection and the Committee Objection.

10. Accordingly, the Debtors respectfully request that the hearings on the Sale Motion and the Motion to Compel be continued to a date and time

convenient to the Court during the week of October 5, 2026, or such other time thereafter that the Court's calendar permits.

11. Upon the terms set forth above, Atlanta Housing, the Committee, and the Senior Lenders consent to the relief requested in this Motion.

12. This Motion is made in good faith, will permit the parties to continue their efforts to narrow or resolve their differences concerning the Sale Motion and the Motion to Compel, and will not prejudice any party in interest.

13. A proposed order granting the relief requested herein is attached hereto as **Exhibit A** and has been uploaded to the Court.

**WHEREFORE**, the Debtors respectfully request that the Court enter the proposed Agreed Order Granting Agreed Motion to Continue Hearing on Sale Motion and Motion to Compel, continuing the hearings on the Sale Motion and the Motion to Compel to a date and time during the week of October 5, 2026, and granting such other and further relief as the Court deems just and proper.

Respectfully Submitted,

**LANDAU LAW, PLLC**
Counsel for the Debtors
3010 N. Military Trail, Suite 318
Boca Raton, Florida 33431
Telephone: 561-443-0808
Email: plandau@landau.law

By: */s/ Philip J. Landau*
Philip J. Landau, Esq.
Florida Bar No.: 0504017

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by CM/ECF to the parties registered to receive such notice in this case on the 15th day of September 2026.

*/s/ Philip J. Landau*
Philip J. Landau

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

**In re:**

| | |
|---|---|
| **CCH JOHN EAGAN I HOMES, L.P.** | **Case No. 25-24569-MAM (Jointly Administered)** |
| **CCH JOHN EAGAN II HOMES, L.P.,** | **Case No. 25-24571-MAM** |
| **Debtors.** | **Chapter 11** |

_______________________________________/

**AGREED ORDER GRANTING MOTION TO CONTINUE HEARINGS ON:**

**DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS, (II) APPROVING THE FORM AND MANNER OF NOTICE OF THE SALE, (III) SCHEDULING A SALE APPROVAL HEARING, AND (IV) AUTHORIZING THE SALE OF THE ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS**

**AND**

**DEBTORS' MOTION TO OVERRULE ATLANTA HOUSING'S OBJECTIONS, COMPEL COMPLETE RESPONSES AND PRODUCTION TO DEBTORS' FIRST REQUESTS FOR PRODUCTION, AND FOR SANCTIONS**

**THIS MATTER** came before the Court upon CCH John Eagan I Homes, L.P. and CCH John Eagan II Homes, L.P., as debtors and debtors in possession (collectively, the "Debtors") Agreed Motion to Continue Hearings on (A) the Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (II) Approving the Form and Manner of Notice of the Sale, (III) Scheduling a Sale Approval Hearing, and (IV) Authorizing the Sale of the Assets Free and Clear of Liens, Claims, Encumbrances, and Interests [ECF No. 271] and (B) the Debtors' Motion to Overrule Atlanta Housing's Objections, Compel Complete Responses and Production to Debtors' First Request for Production, and for Sanctions [ECF No. 240] (the "Motion to Continue"). Having reviewed the Debtors' Motion to Continue, learning that the parties agree to the relief

requested in the Motion to Continue, and the Court being otherwise fully advised in the premises, hereby **ORDERS AND ADJUDGES** that:

1. The Debtors' Motion to Continue is **GRANTED.**

2. The hearings on the Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (II) Approving the Form and Manner of Notice of the Sale, (III) Scheduling a Sale Approval Hearing, and (IV) Authorizing the Sale of the Assets Free and Clear of Liens, Claims, Encumbrances, and Interests [ECF No. 239] and the Debtors' Motion to Overrule Atlanta Housing's Objections, Compel Complete Responses and Production to Debtors' First Request for Production, and for Sanctions [ECF No. 276] are continued to **October ___, 2026 at ______ a.m./p.m.** at the United States Bankruptcy Court, 1515 North Flagler Drive, Courtroom A, 8th Floor, West Palm Beach, Florida 33401.

3. Any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser

https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4

If a party is unable to register online, please contact Maria Romaguera, Courtroom Deputy, at 561-514-4109 or email Maria_Romaguera@flsb.uscourts.gov.

4. All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

5. The Debtors shall meet and confer via video conference with the Committee and Atlanta Housing on a mutually agreeable date and time prior to September 28, 2026 to address the concerns raised by the Committee and Atlanta Housing in the Atlanta Housing Objection and the Committee Objection.

6. If the Debtors have not filed a motion to retain a real estate broker by September 30, 2026, the Debtors will provide the Consultation Parties the identity, contact information and credentials of the selected broker or if the Debtors have not selected a broker, identity, contact information and credentials of all brokers under consideration.

###

Submitted By:

Philip J. Landau, Esq.
Landau Law, PLLC
3010 N. Military Trail, Suite 318
Boca Raton FL 33431
Telephone: 561-443-0808

*(Attorney Landau is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*